IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK 08-83148 |
| | ) | Chapter 13 |
| TAFFY DEVERS, | ) | |
| Debtor. | ) | |

### STIPULATED ORDER APPROVING POST-CONFIRMATION AMENDED PLAN

This matter comes on for consideration of the Debtor's Post-Confirmation Amended Chapter 13 plan.

The Court finds:

1. Debtor has paid in funds to the Chapter 13 Trustee in the amount of $770.00.
2. Debtor will pay $295.00 per month for the remaining 58 months of the Chapter 13 Plan.
3. The Base Amount shall be $17,880.00.

IT IS HEREBY ORDERED, that the Post-Confirmation Amended Plan is approved.

Dated: July 6, 2009

BY THE COURT:

United States Bankruptcy Judge

Prepared and submitted by:
Francis X. Skrupa, # 19722
7130 Pacific Street
Omaha, NE 68106
(402) 571-2900

Thomas P. Kenny 16872
Thomas P. Kenny, Esq.
Counsel to Chapter 13 Trustee

#50

Copies electronically sent by the Court to:                    Devers - 08-83148
*Frank Skrupa
Kathleen Laughlin
UST

*Movant shall provide notice to any other parties, if required by rules or statute.